In the Matter of WILLIAM GREENBERG, an attorney at law.

May 6, 1957.  Suspension lifted and respondent reinstated to the practice of law.